Prob 35
(Rev.3/97)

RECEIVED
APR 10 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Report and Order Terminating Supervision
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

**Alfonso Vergara-Delgado**,

Defendant.

Docket No. 0:02CR00155-001(JRT)

Mr. Vergara-Delgado is an immigration deportee on supervised release who was sentenced by Your Honor in 2003. He is currently incarcerated in Big Spring, Texas, on a new case. He is subject to deportation proceedings following his release and his status will be monitored on a new term of supervised release. It is accordingly recommended that, in order to reduce costs and expedite matters, this defendant be discharged from his current term of supervision.

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this 10th day of April, 2006.

[signature]
Honorable John R. Tunheim
U.S. District Judge

SCANNED
APR 11 2006
U.S. DISTRICT COURT MPLS